■ In the Matter of DEANNA S., a Person Alleged to be a Juvenile Delinquent, Appellant. [713 NYS2d 858] —Order of disposition, Family Court, Bronx County (John Hunt, J.), entered on or about August 5, 1999, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that she had committed acts which, if committed by an adult, would constitute the crimes of attempted assault in the third degree and menacing in the third degree, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the court's determinations concerning credibility. Notwithstanding appellant's contentions to the contrary, the testimony unequivocally established that appellant participated in the attack by kicking the complainant as she lay on the ground. Concur—Lerner, J. P., Andrias, Saxe, Buckley and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMOS SMALLS, Appellant. [713 NYS2d 179] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered April 15, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Contrary to defendant's contention, the trial court, in its *Sandoval* ruling, properly balanced the probative value of defendant's 1992 conviction for attempted criminal sale of a controlled substance in the fifth degree against its potential for undue prejudice (*see, People v Pena*, 251 AD2d 26, 35, *lv denied* 92 NY2d 929).

Also proper under the circumstances was the trial court's posting of a court officer outside the courtroom door with instructions to notify the court if anyone wished to enter. Such screening of potential spectators did not constitute a closure of the courtroom (*People v Carillo*, 267 AD2d 43). Concur—Lerner, J. P., Andrias, Saxe, Buckley and Friedman, JJ.